NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOREZ COOKE, SR.,**

*Petitioner*

v.

**UNITED STATES POSTAL SERVICE,**

*Respondent*

---

2022-1497

---

Petition for review of the Merit Systems Protection Board in No. DC-4324-20-0747-I-2.

---

**O R D E R**

The petitioner having failed to file the required Statement Concerning Discrimination and required Entry of Appearance form by an attorney admitted to the bar of this court it is

2                                                        COOKE V. USPS

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


                                              FOR THE COURT

April 14, 2022
     Date                        /s/ Peter R. Marksteiner
                                 Peter R. Marksteiner
                                 Clerk of Court


**ISSUED AS A MANDATE:** April 14, 2022